IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>EASTERN DIVISION</u>

| | |
|---|---|
| LORI HORNE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 00-PWG-3100-S ) |
| MURPHY OIL U.S.A., INC., | ) ) |
| Defendant. | ) |

**ENTERED** JUL 12 2004

<u>MEMORANDUM OF OPINION</u>

The undersigned was under the impression that the parties had not consented to the magistrate judge's jurisdiction when the Findings and Recommendation was filed on July 7, 2004. On July 8, 2004, counsel for defendant notified the court that the parties had consented and provided a copy of defendant's consent form which was stamped received in the Clerk's office on July 6, 2004. Plaintiff's consent form was received in the Clerk's office on June 29, 2004. Therefore, it is apparent that the parties had both consented to the undersigned's jurisdiction prior to the entry of the July 7, 2004 Findings and Recommendation.

The court hereby ADOPTS the July 7, 2004 Findings and Recommendation as the Memorandum of Opinion. A Final Judgment will be entered simultaneously herewith.

As to the foregoing it is SO ORDERED this the 12th day of July, 2004.

PAUL W. GREENE
CHIEF MAGISTRATE JUDGE